# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-0108-01-CR-W-FJG |
| ) | |
| Aaron T. McRee, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On April 13, 2006, defendant filed a motion for determination of competency (Doc. #17) which was granted by Magistrate Judge Sara W. Hays (Doc. #19, April 17, 2006). Magistrate Judge Hays held a hearing regarding defendant's mental competency on August 15, 2006, at which time the parties stipulated to the forensic evaluation of Dr. Jasmine Tehrani.

Magistrate Judge Hays issued a report and recommendation (Doc. #29), filed August 17, 2006, finding that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequence of the proceedings against him and to assist properly in his defense, and is competent to stand trial. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: September 19, 2006
Kansas City, Missouri